■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTILIO MENDEZ, Appellant.—Judgment of the Supreme Court, Queens County, rendered November 9, 1979, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Lazer, Gibbons and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY W. PETERS, Appellant.—Judgment of the County Court, Suffolk County, rendered June 4, 1979, affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Gulotta, J. P., Cohalan, Margett and O'Connor, JJ., concur.